No. 91–538. FORSYTH COUNTY, GEORGIA *v.* NATIONALIST MOVEMENT, 505 U. S. 123. Motion of petitioner to permit late filing or response to motion for attorney's fees granted. Motion of respondent for attorney's fees denied.

No. 91–610. LOCAL 144 NURSING HOME PENSION FUND ET AL. *v.* DEMISAY ET AL. C. A. 2d Cir. [Certiorari granted, 505 U. S. 1203.] Motion of petitioners to substitute Frank Russo et al., Trustees of the Local 144 Nursing Home Pension Fund and New York City Nursing Home—Local 144 Welfare Fund, in place of Peter Ottley, deceased, and John Kelley et al. granted. Motions of Western Conference of Teamsters Pension Trust Fund, National Coordinating Committee for Multiemployer Plans, and Central States, Southeast and Southwest Areas Health and Welfare Pension Funds et al. for leave to file briefs as *amici curiae* granted.

No. 91–687. MONTANA *v.* IMLAY. Sup. Ct. Mont. [Certiorari granted, 503 U. S. 905.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel *nunc pro tunc* granted, and it is ordered that Billy B. Miller, Esq., of Great Falls, Mont., be appointed to serve as counsel for respondent in this case. Motion of petitioner to strike supplemental brief of respondent denied.

No. 91–790. CSX TRANSPORTATION, INC. *v.* EASTERWOOD; and
No. 91–1206. EASTERWOOD *v.* CSX TRANSPORTATION, INC. C. A. 11th Cir. [Certiorari granted, 505 U. S. 1217.] Motion of respondent/cross-petitioner to permit Tambra Pannell Colston, Esq., to present oral argument *pro hac vice* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE BLACKMUN would deny this motion.

No. 91–794. HARPER ET AL. *v.* VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va. [Certiorari granted, 504 U. S. 907.] Motion of Tax Executives Institute, Inc., for leave to file a brief as *amicus curiae* denied.